In the Matter of the Claim of DANIEL FLYNN, Respondent, v. NEWSDAY, INCORPORATED et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.

In the Matter of the Claim of LOUISE ARNOLD, Respondent, v. FORD FOUNDATION et al., Appellants, and COMMERCIAL INSURANCE COMPANY OF NEWARK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.